**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 18 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10247 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00233-TLN |
| v. | |
| RUBEN GOVEA BARAJAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Troy L. Nunley, District Judge, Presiding

Submitted March 10, 2015[**]

Before:     FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Ruben Govea Barajas appeals from the district court's judgment following his guilty-plea conviction for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).   We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).

Govea Barajas challenges the district court's order denying his motion for appointment of new counsel claiming that the district court's inquiry into the attorney-client relationship was inadequate and that he had lost trust in his appointed counsel. The district court did not abuse its discretion by denying Govea Barajas's request for new counsel. *See United States v. Mendez-Sanchez*, 563 F.3d 935, 942 (9th Cir. 2009). Govea Barajas's request for new counsel midway through the sentencing hearing was untimely, and the record reflects that the district court's inquiry allowed it to make an informed decision, and that there were no "striking signs" of an extensive or irreconcilable conflict between Govea Barajas and appointed counsel. *See id.* at 942-44.

**AFFIRMED.**